**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 00-7346

CALVIN G. GRAY,

Plaintiff - Appellant,

versus

WEXFORD HEALTH SOURCES, INCORPORATED, (CEO's &
Owners), et al, in their official capacities
as hired former medical contractors to the
Mount Olive Correctional Complex, and each CEO
and owner in his/her individual capacity as a
private citizen; ESSA ABDULLA, et al, in his
official capacity as former Medical Director/
Doctor at Mount Olive Correctional Complex,
for Wexford Health Sources, and in his indi-
vidual capacity as a private citizen; CAPSTONE
PHARMACY SERVICES, et al, (CEO's & Owners) in
their official capacities as Medication
Providers, contracted by Wexford Health
Sources, to provide Doctor ordered medications
to inmates at the Mount Olive Correctional
Complex, and each CEO and Owner in his/her
individual capacity as a private citizen;
CORRECTIONAL MEDICAL SERVICES, (CEO's &
Owners), et al, in their official capacity as
hired contractor to the Mount Olive Correc-
tional Complex, and each CEO and owner in his/
her individual capacity as a private citizen;
GEORGE TRENT, et al, in his official capacity
as former Warden of the Mount Olive Correc-
tional Complex, in his individual capacity as
a private citizen; SUBHASH GAJENDRAGADKAR, et
al, in his official capacity as medical doctor
at Mount Olive Correctional Complex, for
Correctional Medical Services, and in his
individual capacity as a private citizen,

Defendants - Appellees,

and

STEPHEN BLACKE, et al, in his official capacity as former Medical Administrator at Mount Olive Correctional Complex, for Wexford Health Sources, and in his individual capacity as a private citizen; JOHN AUSTIN, et al, in his official capacity as former Medical Director/Doctor at Mount Olive Correctional Complex, for Wexford Medical Sources, and in his individual capacity as a private citizen; JOHN DOE ROSS, et al, in his official capacity as former Medical Director/Doctor at Mount Olive Correctional Complex, for Wexford Medical Sources, and in his individual capacity as a private citizen; JOHN DOE HEDAYATI, et al, in his official capacity as former Medical Director/Doctor at Mount Olive Correctional Complex, for Wexford Medical Sources, and in his individual capacity as a private citizen; JOHN DOE HELMS, et al, in his official capacity as former Medical Administrator/Consultant at Mount Olive Correctional Complex, for Wexford Medical Sources, and in his individual capacity as a private citizen; JOHN DOE WHITE, et al, in his official capacity as current Regional Director of Correctional Medical Services, contractor to provide medical services to Mount Olive Correctional Complex, and in his individual capacity as a private citizen; JOHN DOE, et al, in his official capacity as current Medical Director/Doctor at Mount Olive Correctional Complex, Correctional Medical Services and in his individual capacity as a private citizen; NICHOLAS HUN, et al, in his official capacity as former Commissioner of the Mount Olive Correctional Complex, and in his individual capacity as a private citizen; MICHAEL COLEMAN, et al, in his official capacity as Associate Warden of Operations at the Mount Olive Correctional Complex and current Deputy Warden, and in his individual capacity as a private citizen; TERESA WAID, et al, in her official capacity as Associate Warden of Treatment at the Mount Olive Correctional Complex, and in his individual capacity as a private citizen; ALVAREZ

2

PAZ, et al, in his official capacity as Medical Director at Mount Olive Correctional Complex, for Correctional Medical Services, and in his individual capacity as a private citizen; ROY WHITE, et al, in his official capacity as current Regional Director for Correctional Medical Services, contractor to provide medical services to Mount Olive Correctional Complex, and in his individual capacity as a private citizen; HOWARD PAINTER, et al, in his official capacity as Warden of the Mount Olive Correctional Complex, and in his individual capacity as a private citizen,

Defendants.

---

Appeal from the United States District Court for the Southern District of West Virginia, at Beckley. David A. Faber, District Judge. (CA-97-1247-5)

---

Submitted: July 31, 2001      Decided: August 21, 2001

---

Before WILLIAMS, MOTZ, and GREGORY, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Calvin G. Gray, Appellant Pro Se. Michael Thomas Cimino, Karen M.R. Weber, William J. Powell, JACKSON & KELLY, Charleston, West Virginia; Richard D. Owen, GOODWIN & GOODWIN, Charleston, West Virginia; Mark Sheridan Brennan, David Ernest Boelzner, WRIGHT, ROBINSON, OSTHIMER & TATUM, Richmond, Virginia; George John Joseph, BAILEY & WYANT, P.L.L.C., Charleston, West Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Calvin G. Gray appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Gray v. Wexford Health Sources, Inc., No. CA-97-1247-5 (S.D.W. Va. Sept. 13, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

4